IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,                                   No. C-07-0103 MMC

      Plaintiff
v.                                                                **ORDER DISMISSING ACTION WITH
                                                                  LEAVE TO AMEND**
CITY OF SAN FRANCISCO,

      Defendant
_____/

Currently before the Court is plaintiff's application to proceed in forma pauperis, filed January 8, 2007, and his complaint, likewise filed January 8, 2007. Pursuant to 28 U.S.C. § 1915(e)(2), the Court must dismiss any complaint filed by a person seeking to proceed in forma pauperis if the complaint fails to state a claim. Plaintiff's complaint fails to state a claim because plaintiff fails to allege any basis for federal jurisdiction over the instant action, and fails to adequately set forth the factual and legal basis of his claims. See Fed. R. Civ. P. 8(a) (requiring complaint to set forth "a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief").

Accordingly, the complaint is hereby DISMISSED, with leave to file an amended complaint no later than February 23, 2007. If plaintiff fails to timely file an amended complaint, the above-titled action will be dismissed with prejudice. The Court will rule on

1  plaintiff's motion to proceed in forma pauperis when and if plaintiff files an amended
2  complaint that addresses the deficiencies noted.
3  **IT IS SO ORDERED.**
4  Dated: January 26, 2007
5  MAXINE M. CHESNEY
   United States District Judge

2