United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

       Plaintiff

  v.

CITY OF SAN FRANCISCO,

       Defendant

                                  /

No. C-07-0103 MMC

**ORDER DISMISSING ACTION**

       Currently before the Court is plaintiff's application to proceed in forma pauperis, filed January 8, 2007, and his amended complaint, filed February 8, 2007.

       Pursuant to 28 U.S.C. § 1915(e)(2), the Court must dismiss any complaint filed by a person seeking to proceed in forma pauperis if the complaint fails to state a claim. On January 26, 2007, the Court dismissed plaintiff's initial complaint, pursuant to § 1915(e)(2) and Rule 8 of the Federal Rules of Civil Procedure, because plaintiff failed to allege any basis for federal jurisdiction over the instant action, and failed to adequately set forth the factual and legal basis of his claims. Plaintiff's amended complaint fails to cure the deficiencies noted, and there is no indication that plaintiff would be able to do so if he were afforded further leave to amend.

       Accordingly, the instant action is hereby DISMISSED.

       The Clerk shall close the file.

       **IT IS SO ORDERED.**

Dated: February 9, 2007

                                                  MAXINE M. CHESNEY
                                                  United States District Judge