UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Order of Referral has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

C 07-0103 MMC    Rodriguez v. City of San Francisco
C 08-4645 SBA    Rodriguez v. City and County of San Francisco

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

DATED: February 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge